*A*

DEVINE
MILLIMET
ATTORNEY AT LAW

March 15, 2005

TIMOTHY E. BRAY
TBRAY@DEVINEMILLIMET.COM

**Attn: Cheung**
Civil Clerk's Office
Suffolk County Superior Court
U.S. Post Office & Courthouse, 8th Floor
90 Devonshire Street
Boston, MA 02109

Re:   **Brian J. Kelly v. Max Hugel and Rockingham Venture, Inc.**
      **Suffolk County Superior Court, Civil Action No. 05-0869-BLS**
      **USDC-MA Civil Action No. 05-10460 DPW**

Dear Cheung:

Enclosed please find a check in the amount of $157.50 for the certified copies of the full docket of your Court to be sent to:

        Clerk of Court
        U.S. District Court
        District of Massachusetts
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way
        Boston, MA 02210
        Tel: 617-748-9152/Fax: 617-748-9096

Please contact me with any questions or concerns. Thank you for your prompt attention to this matter.

Sincerely,

Timothy E. Bray

Enclosure(s)

cc:   Christopher A. Kenney, Esquire        Andrew D. Dunn, Esquire
      Thomas Paul Gorman, Esquire           Matthew R. Johnson, Esquire

{03155\06426\A0087613.1}