# Commonwealth of Massachusetts
## Superior Court Department of the Trial Court
### County of Suffolk

Civil Action No. 05-0869 BLS

Brian J. Kelly,

        Plaintiff,

- v -

                                     **OFFICER'S RETURN OF SERVICE**

Max Hugel and Rockingham Venture, Inc.,

        Defendants.

I hereby certify and return that on March 8, 2005, at 3:00 PM, I notified the within named defendant:

    Rockingham Venture, Inc.
    77 Rockingham Park Blvd.
    Salem, NH 03079

by delivering to this entity via Federal Express Priority Overnight Service, a true and attested copy of the within Summons and Order of Notice, together with copies of the Verified Complaint; Motion for Preliminary Injunctive Relief; Memorandum in Support of Motion for Injunctive Relief; Motion for Short Order of Notice; Motion for Special Process Server; Endorsed Copy of Motion for Special Process Server; BLS Cover Sheet; and Notice Re BLS Status.

A copy of FedEx Airbill No. 8360 8708 4203 is attached, along with a copy of FedEx's Tracking Report. This report indicates delivery was accepted by "P. Remillard" on March 10, 2005 at 10:10 A.M.

Signed under the pains and penalties of perjury today, March 10, 2005.

_____
Joseph P. Butler, Constable
& Special Process Server


**Butler and Witten**
Boston, MA
(617) 325-6455

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 836087084203 | Reference | 78001 |
| Signed for by | P.REMILLARD | Delivered to | Receptionist/Front Desk |
| Ship date | Mar 8, 2005 | Service type | Priority Envelope |
| Delivery date | Mar 10, 2005 10:10 AM | Weight | 1.0 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 10, 2005 | 10:10 AM | Delivered | | |
| | 8:18 AM | On FedEx vehicle for delivery | LONDONDERRY, NH | |
| | 7:48 AM | At local FedEx facility | LONDONDERRY, NH | |
| | 7:21 AM | At dest sort facility | LONDONDERRY, NH | |
| | 4:02 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 9, 2005 | 11:46 PM | Departed FedEx location | MEMPHIS, TN | |
| Mar 8, 2005 | 11:36 PM | At local FedEx facility | EAST BOSTON, MA | |
| | 11:35 PM | Shipment exception | EAST BOSTON, MA | Delay beyond our control |
| | 11:17 PM | Package data transmitted to FedEx | | |
| | 8:56 PM | Left origin | NEEDHAM, MA | |
| | 7:03 PM | Picked up | NEEDHAM, MA | |



Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From
To

Add a message to this email.



FedEx Express USA Airbill

1 From Please print and press hard.
Date Mar. 8, 2005
Sender's FedEx Account Number 1565-9043-6
Sender's Name J. Butler
Phone (617) 325-6455
Company BUTLER AND WITTEN
Address 1895 CENTRE ST STE 202
City WEST ROXBURY State MA ZIP 02132

FedEx Tracking Number 8360 8708 4203

2 Your Internal Billing Reference
First 24 characters will appear on invoice. 78001

3 To
Recipient's Name
Company Rockingham Venture, Inc.
Phone ( Not ) Available
Address 77 Rockingham

4a Express Package Service
[X] FedEx Priority Overnight Next business morning
[ ] FedEx Standard Overnight Next business afternoon
[ ] FedEx First Overnight Earliest next business morning delivery to select locations
[ ] FedEx 2Day Second business day
[ ] FedEx Express Saver Third business day

4b Express Freight Service
[ ] FedEx 1Day Freight* Next business day
[ ] FedEx 2Day Freight Second business day
[ ] FedEx 3Day Freight Third business day

5 Packaging
[X] FedEx Envelope*
[ ] FedEx Pak*

6 Special Handling
[ ] SATURDAY Delivery
[ ] Other