# Commonwealth of Massachusetts
## Superior Court Department of the Trial Court
### County of Suffolk

Civil Action No. 05-0869 BLS

Brian J. Kelly,

        Plaintiff,

- v -                        **OFFICER'S RETURN OF SERVICE**

Max Hugel and Rockingham Venture, Inc.,

        Defendants.

I hereby certify and return that on March 8, 2005, at 3:00 PM, I notified the within named defendant:

    Max Hugel
    18 Horne Road
    Windham, NH 03087

by delivering to him via Federal Express First Priority Overnight Service, a true and attested copy of the within Summons and Order of Notice, together with copies of the Verified Complaint; Motion for Preliminary Injunctive Relief; Memorandum in Support of Motion for Injunctive Relief; Motion for Short Order of Notice; Motion for Special Process Server; Endorsed Copy of Motion for Special Process Server; BLS Cover Sheet; and Notice Re BLS Status.

A copy of FedEx Airbill No. 8360 8708 4199 is attached, along with a copy of FedEx's Tracking Report. This report indicates delivery was made on March 10, 2005 at 9:16 A.M.

Signed under the pains and penalties of perjury today, March 10, 2005.

_____
Joseph P. Butler, Constable
& Special Process Server

**Butler and Witten**
Boston, MA
(617) 325-6455

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 836087084199 | **Reference** | 78000 |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Mar 8, 2005 | **Service type** | First Overnight Envelope |
| **Delivery date** | Mar 10, 2005 9:16 AM | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 10, 2005 | 9:16 AM | **Delivered** | | Left at front door. No signature required - release waiver on file |
| | 8:33 AM | On FedEx vehicle for delivery | LONDONDERRY, NH | |
| | 8:07 AM | Delivery exception | LONDONDERRY, NH | Package at station, arrived after courier dispatch |
| | 7:30 AM | At dest sort facility | LONDONDERRY, NH | |
| | 7:09 AM | Delivery exception | LONDONDERRY, NH | Package at station, arrived after courier dispatch |
| | 6:55 AM | At local FedEx facility | LONDONDERRY, NH | |
| | 1:35 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Mar 8, 2005 | 11:36 PM | At local FedEx facility | EAST BOSTON, MA | |
| | 11:35 PM | Shipment exception | EAST BOSTON, MA | Delay beyond our control |
| | 11:17 PM | Package data transmitted to FedEx | | |
| | 8:56 PM | Left origin | NEEDHAM, MA | |
| | 7:03 PM | Picked up | NEEDHAM, MA | |

 

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [                    ]
To   [                    ]

Add a message to this email.
[                    ]

Send email

**FedEx USA Airbill**  FedEx Tracking Number: 8360 8708 4199

Form ID. No.: 0215

**1 From**
Date: Mar. 8, 2005
Sender's FedEx Account Number: 1565-9043-6
Sender's Name: J. Butler
Phone: (617) 325-6455
Company: BUTLER AND WITTEN
Address: 1895 CENTRE ST STE 202
City: WEST ROXBURY   State: MA   ZIP: 02132

**2 Your Internal Billing Reference**: 78000

**3 To**
Recipient's Name: Max Hugel
Phone: Not Available
Non-published
Company:
Address: 18 Horne Road
City: Windham   State: NH   ZIP: 03087

**4a Express Package Service**
[X] FedEx First Overnight

**4b Express Freight Service**

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**

Does this shipment contain dangerous goods?
[X] No

**7 Payment Bill to:**
[X] Third Party
FedEx Acct. No.: 0021-4239-2

Total Packages: 1
Total Weight: 12.7 oz
Total Declared Value: .00

**8 Release Signature**
NO RELEASE Signature Required
447

0220694962