CLERKS OFFICE
2005 MAR 25 P 2: 15

SUFFOLK, ss.    **Commonwealth of Massachusetts**



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. __05-0869 BLS__

_____BRIAN J. KELLY_____, Plaintiff(s)

v.

_____MAX HUGEL ET AL_____, Defendant(s)

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendant:    **MAX HUGEL and ROCKINGHAM VENTURE INC**

You are hereby summoned and required to serve upon __Christopher A. Kenney Esq.__ plaintiff's attorney, whose address is __101 Federal St. Boston, MA 02110__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a ~~preliminary injunction~~ **prayer 3-11** and that a hearing upon such application will be held at the court house at said Boston of our said court on __Friday in room 20  12th Floor__ the __eleventh__ day of __March__ A.D. 200_5_, at __2:30__ o'clock **PM**, at which time you may appear and show cause why such application should not be granted.

Witness, ~~Suzanne V. DelVecchio~~ **Barbara J. Rouse**, Esquire, at Boston, the __seventh__ day of __March__, in the year of our Lord two thousand __five__.

_/s/_

Asst. Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV. P. 2 5M 10/2000

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 200___, I served a copy of the within summons and order of notice, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated:_____, . 200___.                              _____

**N.B.  TO PROCESS SERVER:—**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 10, 2005.

---

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 05-0869 BLS

BRIAN J. KELLY, Plff(s).

v.

MAX HUGEL, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)
AND
ORDER OF NOTICE
ON
APPLICATION FOR PRELIMINARY INJUNCTION