UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. KELLY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAX HUGEL,<br><br>　　　　　　Defendant,<br><br>ROCKINGHAM VENTURE, INC.,<br><br>　　　　　　Defendant and<br>　　　　　　Reach-and-Apply<br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 05-CV-10460-DPW |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT MAX HUGEL TO FILE RESPONSIVE PLEADING

Defendant, Max Hugel, with the assent of plaintiff, Brian J. Kelly ("Plaintiff"), hereby moves for an order extending the time within which Mr. Hugel may file a responsive pleading to Plaintiff's Verified Complaint ("Complaint"), up to and including April 11, 2005, as agreed to by Plaintiff's counsel. As grounds for this assented-to motion, Mr. Hugel states as follows:

1. Counsel for Mr. Hugel in this matter has just been retained.

2. The claims in this case raise issues of fact and law that must be investigated and researched by Mr. Hugel's counsel.

3. The relief requested herein is necessary to afford Mr. Hugel's counsel adequate time to address the issues raised in the Complaint, including plaintiff's request for pre-judgment relief.

4. The Court has scheduled a Rule 16 conference for April 28, 2005. A grant of this motion will not delay or postpone that conference.

LITDOCS:404990.1

5. This case was removed from state court, where Plaintiff had filed a motion for pre-judgment relief. The parties are in discussions regarding the request for pre-judgment relief. If they are unable to reach agreement pending the Rule 16 conference, Plaintiff reserves the right to file a motion in this Court. Mr. Hugel reserves all rights with respect to any such motion.

6. Pursuant to Local Rule 7.1, counsel to Mr. Hugel and Plaintiff have conferred regarding the instant motion and Plaintiff's counsel has assented to the relief requested herein.

7. As a grant of this motion lies within the sound discretion of the Court, no memorandum of law is necessary.

WHEREFORE, defendant Max Hugel respectfully requests that the Court:

(1) ALLOW this Assented-To Motion for Extension of Time for Defendant Max Hugel to File Responsive Pleading;

(2) enter an Order extending, up to and including April 11, 2005, the deadline for Mr. Hugel to file a responsive pleading; and

(3) award any such other and further relief as the Court deems just and proper.

-3-

Respectfully submitted,

| BRIAN J. KELLY | MAX HUGEL |
|---|---|
| By his attorneys, | By his attorneys, |

*/s/ Christopher A. Kenney /w/permission*
Christopher A. Kenney, BBO# 556511
Thomas Paul Gorman, BBO# 204100
SHERIN and LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

*/s/ Sabin Willett*
Sabin Willett, BBO# 542519
Rheba Rutkowski, BBO# 632799
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: March 28, 2005

### CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that, on March 28, 2005, a true copy of the above document was served by first-class mail, postage prepaid, upon Christopher A. Kenney of Sherin and Lodgen LLP, 101 Federal Street, Boston, MA 02110, and Andrew D. Dunn of Devine, Millimet & Branch, 111 Amherst Street, Manchester, New Hampshire 03101.

*/s/ Rheba Rutkowski*
Rheba Rutkowski