UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>MAX HUGEL,<br><br>        Defendant,<br><br>and<br><br>ROCKINGHAM VENTURE, INC.,<br><br>        Defendant and<br>        Reach-and-Apply<br>        Defendant. | C.A. NO. 05 10460 DPW |

## ASSENTED TO NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

The plaintiff Brian J. Kelly hereby gives notice of the withdrawal of his Motion for Preliminary Injunctive Relief, without prejudice.

BRIAN J. KELLY

By his attorneys,

*/s/ Christopher A. Kenney*

Christopher A. Kenney, BBO#556511
Thomas Paul Gorman, BBO#204100
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

00061415.DOC /

ASSENTED TO:

MAX HUGEL

By his attorneys,

*Rheba Rutkowski (by)*
Sabin Willett, BBO#542519
Rheba Rutkowski, BBO#632799
Bingham McCutchen LP
150 Federal Street
Boston, MA 02110
(617) 951-8000

ROCKINGHAM VENTURE, INC.

By its attorneys,

*Matt R. Johnson (by)*
Matt R. Johnson, BBO#636297
Devine, Millimet & Branch
111 Amherst Street
Manchester, MA 03101
(603) 669-1000

Dated: April 12, 2005

### Certificate Of Service

The undersigned certifies that he served the foregoing by causing a copy thereof to be delivered this date by first-class mail, postage prepaid, to counsel of record:

Matt R. Johnson, Esquire
Devine, Millimet & Branch
111 Amherst Street
Manchester, MA 03101

Rheba Rutkowski, Esquire
Bingham McCutchen LP
150 Federal Street
Boston, MA 02110

Dated: 4/12/05

-2-

00061415.DOC /