UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN J. KELLY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAX HUGEL, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ROCKINGHAM VENTURE, INC., )<br>)<br>Defendant and )<br>Reach-and-Apply )<br>Defendant. )<br>) | C.A. NO. 05 10460 DPW |

STIPULATION OF DISMISSAL
CONCERNING CLAIMS AGAINST ROCKINGHAM VENTURE, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff Brian J. Kelly stipulates to the dismissal of his complaint as against Rockingham Venture, Inc. only, without prejudice and without costs. Kelly continues his claims against the defendant Max Hugel.

BRIAN J. KELLY                                    MAX HUGEL

By his attorneys,                                  By his attorneys,

*Thomas Paul Gorman*                               *Rheba Rutkowski (sjw)*

Christopher A. Kenney, BBO#556511                  Sabin Willett, BBO#542519
Thomas Paul Gorman, BBO#204100                     Rheba Rutkowski, BBO#632799
Sherin and Lodgen LLP                              Bingham McCutchen LP
101 Federal Street                                 150 Federal Street
Boston, MA 02110                                   Boston, MA 02110
(617) 646-2000                                     (617) 951-8000

00061227.DOC /

-2-

ROCKINGHAM VENTURE, INC.

By its attorneys,

_____
Matt R. Johnson, BBO#636297
Devine, Millimet & Branch
111 Amherst Street
Manchester, MA 03101
(603) 669-1000

Dated: April 19, 2005

## Certificate Of Service

The undersigned certifies that he served the foregoing by causing a copy thereof to be delivered this date by first-class mail, postage prepaid, to counsel of record:

Matt R. Johnson
Devine, Millimet & Branch
111 Amherst Street
Manchester, MA 03101

Sabin Willett
Rheba Rutkowski
Bingham McCutchen LP
150 Federal Street
Boston, MA 02110

Dated: 4/20/05

00061227.DOC /