UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. KELLY,<br><br>              Plaintiff,<br><br>v.<br><br>MAX HUGEL,<br><br>              Defendant. | CIVIL ACTION<br>NO. 05-CV-10460-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Brian J. Kelly and Max Hugel, by their respective counsel, hereby stipulate that this action, including all claims and counterclaims, be dismissed with prejudice, without costs to any party and with all rights of appeal waived.

| | |
|---|---|
| MAX HUGEL, | BRIAN J. KELLY, |
| By his attorneys, | By his attorneys, |
| *[signature]* | *[signature]* |
| P. Sabin Willett, BBO# 542519 | Christopher A. Kenney, BBO#55651 |
| Rheba Rutkowski, BBO # 632799 | Thomas P. Gorman, BBO#204100 |
| BINGHAM McCUTCHEN LLP | Sherin and Lodgen LLP |
| 150 Federal Street | 101 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 951-8000 | (617) 646-2000 |
| Dated: July 14, 2005 | Dated July 14, 2005 |

LITDOCS:606065.1